reducing the allowance to the respondent, Sol A. Rosenblatt, contained in paragraph numbered 4(d) thereof, to the sum of $10,000 and, as so modified, affirmed. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

DORIS T. STOKES, Respondent, v. JAMES R. STOKES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK JOHNNENE, Appellant, against THOMAS McDONNELL, as Warden of the Penitentiary of the City of New York, Riker's Island, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

JOSEPH PHILIPS, Respondent, v. ANNE PHILIPS, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

BELLA LEVITEN, Respondent, v. 540 EAST 138TH STREET CORP. et al., Appellants.— Order unanimously modified so as to strike out item 10. This item calls for the details of an accounting in advance of determination of the question of whether plaintiff is entitled to an accounting. As so modified, the order is affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 282 App. Div. 668.]

■

JOHN W. DURAND, Respondent, v. IRA S. BUSHEY & SONS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. If there is any occasion for a further medical examination it may be had through the medical report office for the information of both parties and the court. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

EDWARD S. KNAPP, Respondent, v. DEL MAR SPORTSWEAR, LTD., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to preclude granted unless plaintiff furnishes the particulars within twenty days after completion of his examination of the books and records of the defendant. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

EDWARD S. KNAPP, Respondent, v. DEL MAR SPORTSWEAR, LTD., Appellant.— Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

CHARLES WOODSIDE, Appellant, v. NATHAN RAVNER, as Special Guardian for LOTTIE WOODSIDE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.